IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC                    *

        Plaintiff                 *

        vs.                       *   CIVIL ACTION NO. RDB-14-0263

JOHN DOE subscriber assigned         *
IP address 76.100.228.15
                                  *
        Defendant
*       *       *       *       *       *       *       *       *

## ORDER RE: RESPONSE EXTENSION

Defendant, John Doe assigned IP address 76.100.228.15 has filed ISP Subscriber's Motion to: (1) Intervene Anonymously; (2) Consolidate Malibu Media Cases; and (3) Temporarily Stay Outstanding Subpoenas [ECF No. 8] and ISP Subscriber's Motion for An Order to Show Cause As to Why All Evidence and Data From Tobias Fieser and His Company IPP Should Not Be Precluded and These Cases Dismissed [ECF No. 9]. Plaintiff has filed Plaintiff's Motion for Extension of Time to Respond to [the said motions] [ECF No. 14].

Defendant does not object to the requested extension but expressed concern about possible actions that Plaintiff might take absent a stay of compliance with the outstanding subpoena. The Court finds no reason to require compliance with outstanding subpoenas until after consideration of Defendant's pending motions.

Under the circumstances:

1. Plaintiff's Motion for Extension of Time to Respond to [the said motions] [ECF No. 14] has been GRANTED by separate Order [ECF No. 15].

2. Plaintiff may reply to the pending motions by April 28, 2014.

3. Any obligation to comply with any subpoena issued in this case is hereby stayed pending further Order.

SO ORDERED, this Thursday, April 17, 2014.

_____
Richard D. Bennett
United States District Judge