# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>            Plaintiff,<br>      v.<br>JOHN DOE subscriber assigned IP address 173.64.119.92,<br>            Defendant. | Case No. 1:14-cv-0223-MJG<br><br>Assigned to:  Honorable Marvin J. Garbis<br>                      United States District Judge |
| MALIBU MEDIA, LLC,<br>            Plaintiff,<br>      v.<br>JOHN DOE subscriber assigned IP address 71.200.143.209,<br>            Defendant. | Case No. 1:14-cv-0257-CCB<br><br>Assigned to:  Honorable Catherine C. Blake<br>                      United States District Judge |
| MALIBU MEDIA, LLC,<br>            Plaintiff,<br>      v.<br>JOHN DOE subscriber assigned IP address 76.100.228.15<br>            Defendant. | Case No. 1:14-cv-0263-RDB[1]<br><br>Assigned to:  Honorable Richard D. Bennett<br>                      United States District Judge |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY**

---

[1] An identical version of this document is being filed concurrently in all cases identified on the caption.

- 1 -

**MOTION**

The Internet user who pays the bill for the account associated with the IP address listed on the caption of this case, who plaintiff Malibu Media, LLC ("**Malibu**") accuses of being the John Doe defendant in this action, ("**Movant**") hereby moves the Court for an extension of time to file a reply brief.  Currently before the court are two motions filed by Movant, and a motion to strike filed by Malibu.

The primary issues at hand were raised in Movant's Motion for an Order to Show Cause as to Why All Evidence and Data from Tobias Fieser and His Company Should Not be Precluded and These Cases Dismissed (the "**Motion For An OSC**").  In view of the substantial documentary evidence Malibu has submitted in support of its opposition to this motion, ***Movant seeks an extension of time, to May 30, 2014, to file his reply in support of the Motion For An OSC.***

No extension is being requested for the reply on Movant's separate motion to (1) to intervene in this action, per Fed. R. Civ. P. 24, on an anonymous basis, for the purpose of adjudicating the issues raised in Movant's concurrently-filed Motion For An OSC; (2) to consolidate, per Fed. R. Civ. P. 42(a)(1), this and other Malibu cases in this district for the purpose of deciding the Motion For An OSC; and (3) to stay the return dates on any outstanding ISP subpoenas, and stay the issuance of any further ISP subpoenas, pending adjudication of the Motion For An OSC (the "**Procedural Motion**").

Similarly, no extension is being requested for Movant's opposition to Malibu's Motion to Strike the Declaration of Morgan E. Pietz ("**Malibu's Motion to Strike**"), which Malibu filed along with its opposition to the Motion For An OSC.

Movant's reply in support of the Procedural Motion, and Movant's opposition to Malibu's Motion to Strike will both be timely filed on May 15, 2014.

Counsel for Malibu, Mr. Hoppe, indicated by email that he would not oppose this requested extension.

Accordingly, for good cause shown, Movant respectfully requests that the Court grant this unopposed request for an extension of time to file a reply in support of the Motion For An OSC, to May 30, 2014.

Respectfully submitted,

DATED:     May 12, 2014


THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz (Cal. Bar No. 260629)*
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:    (310) 424-5557
Facsimile:     (310) 546-5301
*Pro Hac Vice*

JOHN C. LOWE PC

John C. Lowe (Md. Bar No. 12409)
5920 Searl Terrace
Bethesda, MD 20816
johnlowe@johnlowepc.com
Telephone:    (202) 251-0437
Facsimile:     (301) 320-8878
*Local Counsel*

Attorneys For Putative John Does Identified On The Caption

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.

*/s/ Morgan E. Pietz*
Morgan E. Pietz

DATED:   May 12, 2014